UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In re: | § | |
|---|---|---|
| | § | |
| GREEN, LARRY | § | Case No. 4-15-BK-02659-BMW |
| | § | |
| GREEN, PATRICIA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/12/2015 . The undersigned trustee was appointed on 03/12/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 1,700.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 20.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 1,680.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

Case 4:15-bk-02659-BMW    Doc 29    Filed 10/16/15    Entered 10/16/15 11:18:30    Desc
Page 1 of 9

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/30/2015 and the deadline for filing governmental claims was 09/08/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 425.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 425.00 , for a total compensation of $ 425.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 47.72 , for total expenses of $ 47.72 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/18/2015        By: /s/Stanley J. Kartchner
                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case No: 15-02659 BMW Judge: BRENDA MOODY WHINERY  Trustee Name: Stanley J. Kartchner
Case Name: GREEN, LARRY  Date Filed (f) or Converted (c): 03/12/15 (f)
GREEN, PATRICIA  341(a) Meeting Date: 04/27/15
For Period Ending: 09/18/15  Claims Bar Date: 07/30/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. MOBILE HOME 8401 S KOLB ROAD #219, TUCSON, AZ 8575 | 42,000.00 | 0.00 | | 0.00 | FA |
| 2. HUGHES CREDIT UNION CHECKING ACCOUNT ENDING IN # 0 | 184.93 | 0.00 | | 0.00 | FA |
| 3. DINING ROOM TABLE, 4 DINING ROOM CHAIRS, 2 COUCHES | 2,700.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD CLOTHING APPAREL LOCATION: DEBTOR'S RESI | 500.00 | 0.00 | | 0.00 | FA |
| 5. COSTUME JEWELRY LOCATION: DEBTOR'S RESIDENCE | 75.00 | 0.00 | | 0.00 | FA |
| 6. DIAMOND WEDDING RING AND WEDDING BAND LOCATION: DE | 700.00 | 0.00 | | 0.00 | FA |
| 7. GOLD WATCH LOCATION: DEBTOR'S RESIDENCE | 75.00 | 0.00 | | 0.00 | FA |
| 8. CANNON DIGITAL CAMERA LOCATION: DEBTOR'S RESIDENCE | 150.00 | 0.00 | | 0.00 | FA |
| 9. 2005 KIA AMANTI VIN #: KNALD124755070626 MILEAGE: | 3,500.00 | 0.00 | | 0.00 | FA |
| 10. SALE OF INVENTORY, WATER BOTTLES amended sch b | 1,123.00 | 1,700.00 | | 1,700.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)  $51,007.93  $1,700.00  $1,700.00  $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/15  Current Projected Date of Final Report (TFR): 08/03/15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 15-02659 -BMW | Trustee Name: | Stanley J. Kartchner |
|---|---|---|---|
| Case Name: | GREEN, LARRY | Bank Name: | BANK OF KANSAS CITY |
|  | GREEN, PATRICIA | Account Number / CD #: | *******7658 Checking - Non Interest |
| Taxpayer ID No: | *******2276 |  |  |
| For Period Ending: | 09/18/15 | Blanket Bond (per case limit): | $ 0.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 06/01/15 | 10 | LARRY GREEN | POSTPETITION SALE OF INVENTORY | 1229-000 | 1,700.00 |  | 1,700.00 |
| 06/30/15 |  | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 |  | 10.00 | 1,690.00 |
| 07/31/15 |  | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 |  | 10.00 | 1,680.00 |

|  | | |  |
|---|---|---|---|
| COLUMN TOTALS | 1,700.00 | 20.00 | 1,680.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 1,700.00 | 20.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 1,700.00 | 20.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - ********7658 | 1,700.00 | 20.00 | 1,680.00 |
|  | 1,700.00 | 20.00 | 1,680.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   1,700.00   20.00

Page 1
EXHIBIT A
ANALYSIS OF CLAIMS REGISTER
Date: September 18, 2015

Case Number: 15-02659
Debtor Name: GREEN, LARRY

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $12,456.54 | $0.00 | $12,456.54 |
| 000002 070 7100-00 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured | | $2,216.97 | $0.00 | $2,216.97 |
| 000003 070 7100-00 | CAVALRY SPV I, LLC<br>ASSIGNEE OF CAPITAL ONE, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E FT. LOWELL ROAD SUITE #200<br>TUCSON, AZ 85712 | Unsecured | | $6,522.24 | $0.00 | $6,522.24 |
| 000004 070 7100-00 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $316.07 | $0.00 | $316.07 |
| 000005 070 7100-00 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $6,104.78 | $0.00 | $6,104.78 |
| 000006 070 7100-00 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $1,796.89 | $0.00 | $1,796.89 |
| 000007 070 7100-00 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $4,556.09 | $0.00 | $4,556.09 |
| 000008 070 7100-00 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $494.63 | $0.00 | $494.63 |
| 000009 070 7100-00 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008 | Unsecured | | $5,385.70 | $0.00 | $5,385.70 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: September 18, 2015

Case Number: 15-02659
Debtor Name: GREEN, LARRY

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | GREENVILLE, SC 29602 | | | | | |
| 000010 070 7100-00 | SYNCHRONY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE SUITE 1120 MIAMI FL 33131-1605 | Unsecured | | $1,762.00 | $0.00 | $1,762.00 |
| 000011 070 7100-00 | SYNCHRONY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE SUITE 1120 MIAMI FL 33131-1605 | Unsecured | | $153.04 | $0.00 | $153.04 |
| 000012 070 7100-00 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 12914 NORFOLK VA 23541 | Unsecured | | $18,821.49 | $0.00 | $18,821.49 |
| 000013 070 7100-00 | QUANTUM3 GROUP LLC AS AGENT FOR CITIBANK, N.A. PO BOX 280 KIRKLAND, WA 98083-0788 | Unsecured | | $4,847.30 | $0.00 | $4,847.30 |
| | Case Totals: | | | $65,433.74 | $0.00 | $65,433.74 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 4-15-BK-02659-BMW
Case Name: GREEN, LARRY
   GREEN, PATRICIA
Trustee Name: Stanley J. Kartchner

| | | |
|---|---|---|
| Balance on hand | $ | 1,680.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Stanley J. Kartchner | $ 425.00 | $ 0.00 | $ 425.00 |
| Trustee Expenses: Stanley J. Kartchner | $ 47.72 | $ 0.00 | $ 47.72 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 472.72 |
| Remaining Balance | $ 1,207.28 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,433.74 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 12,456.54 | $ 0.00 | $ 229.83 |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 2,216.97 | $ 0.00 | $ 40.90 |
| 000003 | CAVALRY SPV I, LLC | $ 6,522.24 | $ 0.00 | $ 120.34 |
| 000004 | CAPITAL ONE, N.A. | $ 316.07 | $ 0.00 | $ 5.83 |
| 000005 | AMERICAN EXPRESS BANK, FSB | $ 6,104.78 | $ 0.00 | $ 112.64 |
| 000006 | AMERICAN EXPRESS CENTURION BANK | $ 1,796.89 | $ 0.00 | $ 33.15 |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS | $ 4,556.09 | $ 0.00 | $ 84.06 |
| 000008 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS | $ 494.63 | $ 0.00 | $ 9.13 |
| 000009 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS | $ 5,385.70 | $ 0.00 | $ 99.37 |
| 000010 | SYNCHRONY BANK | $ 1,762.00 | $ 0.00 | $ 32.51 |
| 000011 | SYNCHRONY BANK | $ 153.04 | $ 0.00 | $ 2.82 |
| 000012 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 18,821.49 | $ 0.00 | $ 347.26 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 4,847.30 | $ 0.00 | $ 89.44 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,207.28 |
| | Remaining Balance | | $ | 0.00 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE